UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Appliance Recycling Center of America, Inc.,

                Plaintiff,

v.

Protiviti Inc.,

                Defendant.

File No. 18-CV-02832 (JRT/HB)

**MEET AND CONFER STATEMENT**

---

I, Christopher J. Harristhal, representing the Defendant Protiviti Inc., hereby certify that:

I met and conferred with the opposing party by:

> Telephone communications with Sara Siegall, attorney for the Plaintiff on October 16, 2018 discussing the Motion to Dismiss, Protiviti's bases for seeking dismissal and whether ARCA would voluntarily dismiss the suit.

As a result of the meet-and-confer, the parties:
(Check the box that applies.)

    ☒    Do **not** agree on the resolution of any part of the motion.

    ☐    Agreed on all or part of the motion and request that the Court incorporate the following agreement in an order:

| | |
|---|---|
| Dated:  October 25, 2018 | */s/ Christopher J. Harristhal*<br>Dayle Nolan (121290)<br>Christopher J. Harristhal (175754)<br>John A. Kvinge (0392303)<br>R. Henry Pfutzenreuter (0391468)<br>Larkin Hoffman Daly & Lindgren Ltd.<br>8300 Norman Center Drive<br>Suite 1000<br>Minneapolis, Minnesota 55437<br>Tel.: (952) 835-3800<br>dnolan@larkinhoffman.com<br>charristhal@larkinhoffman.com<br>jkvinge@larkinhoffman.com<br>hpfutzenreuter@larkinhoffman.com<br><br>*Attorneys for Defendant Protiviti Inc.* |

4852-5116-7865, v. 1