UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------

| | |
|---|---|
| Appliance Recycling Centers of America, Inc., | File No. 18-CV-02832 (JRT/HB) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |
| v. | |
| Protiviti Inc., | |
| Defendant. | |

------------------------------------

Mark. J. Briol, Scott A. Benson, and William G. Carpenter, **BRIOL & BENSON, PLLC**, 3700 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402, and Robert A. Chapman and Sara Siegall, **CHAPMAN & SPINGOLA, LLP**, 190 South LaSalle St., Suite 3850, Chicago, Illinois 60603 for Plaintiff Appliance Recycling Centers of America, Inc.

Dayle Nolan, Christopher J. Harristhal, John A. Kvinge, and R. Henry Pfutzenreuter **LARKIN HOFFMAN DALY & LINDGREN LTD**, 8300 Norman Center Drive, Suite 1000, Minneapolis, Minnesota 55437, for Defendant Protiviti Inc.

**ORDER**

This matter is before the Court upon the Motion to Dismiss of Defendant Protiviti Inc. pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Based on the arguments of counsel, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant Protiviti Inc.'s Motion to Dismiss is **GRANTED** and all claims against Defendant are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:_____
at Minneapolis, Minnesota.

_____
JOHN R. TUNHEIM
Chief Judge
United States District Court