UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Appliance Recycling Centers of America, Inc.,<br><br>      Plaintiff,<br><br>vs.<br><br>Protiviti, Inc.,<br><br>      Defendant. | Case No. 18-CV-02832 (JRT/HB)<br><br>**STIPULATION** |

Plaintiff Appliance Recycling Centers of America, Inc. ("ARCA") and Defendant Protiviti, Inc. (Protiviti), with respect to the schedule for briefing Protiviti's pending Motion to Dismiss (Dkts. 10-12), stipulate and agree as follows:

1. ARCA's deadline to file its Response shall be extended to December 6, 2018;

2. Protiviti's deadline to file its Reply shall be extended to December 20, 2018.

3. ARCA's pending Motion for Extension of Time (Dkt. 16) is withdrawn as moot.

Dated:  November 6, 2018

By: <u>Christopher J. Harristhal</u>

Christopher J. Harristhal (175754)
Dayle Nolan (121290)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY & LINDGREN, LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55437-1060
charristhal@larkinhoffman.com
dnolan@larkinhoffman.com
jkvinge@larkinhoffman.com
Telephone: (952) 835-3800

*Counsel for Defendant*

By: <u>/s/ Sara Siegall</u>

Robert A. Chapman (*Admitted Pro Hac Vice*)
Sara Siegall (*Admitted Pro Hac Vice*)
CHAPMAN SPINGOLA, LLP
190 South LaSalle Street
Suite 3850
Chicago, Illinois 60603
ssiegall@chapmanspingola.com
rchapman@chapmanspingola.com
Telephone: (312) 606-8665

*Lead Counsel for Plaintiff*

2

        William G. Carpenter (#274598)
        BRIOL & BENSON, PLLC
        3700 IDS Center
        80 South Eighth Street
        Minneapolis, Minnesota 55402
        bill@briollaw.com
        Telephone: (612) 756-7777
        Facsimile: (612) 337-5151

        ***Local Counsel for Plaintiff***

## **CERTIFICATE OF SERVICE**

I, Sara Siegall, counsel for Appliance Recycling Centers of America, Inc., hereby certify that on November 6, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to counsel of record.

                                                                                    */s/ Sara Siegall*