# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Appliance Recycling Centers of America, Inc., | File No. 18-CV-02832 (JRT/HB) |
| Plaintiff, | **STIPULATION** |
| v. | |
| Protiviti, Inc., | |
| Defendant. | |

Plaintiff Appliance Recycling Centers of America, Inc. ("ARCA") and Defendant Protiviti, Inc. ("Protiviti") stipulate and agree as follows:

1. ARCA filed its Complaint (Dkt. 1) in this matter on October 2, 2018.

2. The Complaint identifies at paragraph 12 the parties' Master Services Agreement and a series of corresponding Statements of Work, and states that those documents are attached to the Complaint as Exhibit A.

3. However, when the Complaint was filed, Exhibit A was omitted.

4. To correct the record, ARCA respectfully seeks permission re-file its Complaint with Exhibit A included.

5. Counsel for the parties have consulted and confirmed that Protiviti, Inc. does not oppose this request.

6. A proposed order shall be provided contemporaneously with this Stipulation providing that ARCA may re-file its Complaint, to include Exhibit A, within five days.

7. The requested relief will not impact the briefing schedule on Protiviti's pending Rule 12(b)(6) Motion to Dismiss, set forth at Docket Entries 18 and 19.

Dated: December 6, 2018

By: /s/ John A. Kvinge

Christopher J. Harristhal (175754)
Dayle Nolan (121290)
John A. Kvinge (0392303)
LARKIN HOFFMAN DALY & LINDGREN, LTD.
8300 Norman Center Drive, Suite 1000
Minneapolis, MN 55437-1060
charristhal@larkinhoffman.com
dnolan@larkinhoffman.com
jkvinge@larkinhoffman.com
Telephone: (952) 835-3800

*Counsel for Defendant*

By: /s/ Sara Siegall

Robert A. Chapman (*Admitted Pro Hac Vice*)
Sara Siegall (*Admitted Pro Hac Vice*)
CHAPMAN SPINGOLA, LLP
190 South LaSalle Street
Suite 3850
Chicago, Illinois 60603
ssiegall@chapmanspingola.com
rchapman@chapmanspingola.com
Telephone: (312) 606-8665

*Lead Counsel for Plaintiff*

William G. Carpenter (#274598)
BRIOL & BENSON, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
bill@briollaw.com
Telephone: (612) 756-7777
Facsimile: (612) 337-5151

*Local Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Sara Siegall, counsel for Appliance Recycling Centers of America, Inc., hereby certify that on December 6, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to counsel of record.

                    */s/ Sara Siegall*