# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Appliance Recycling Centers of America, Inc., | File No. 18-CV-02832 (JRT/HB) |
| Plaintiff, | **DECLARATION OF SARA SIEGALL IN SUPPORT OF ARCA'S RESPONSE IN OPPOSITION TO PROTIVITI, INC.'S RULE 12(b)(6) MOTION TO DISMISS** |
| v. | |
| Protiviti, Inc., | |
| Defendant. | |

STATE OF ILLINOIS )
                        ) SS.
COUNTY OF COOK )

I, Sara Siegall, declare as follows:

1. I am an attorney with the law firm Chapman Spingola, LLP, which represents plaintiff Appliance Recycling Centers of America, Inc. ("ARCA") in the above-captioned matter. This declaration is based on my own personal knowledge.

2. Attached as **Exhibit 1** is a true and correct copy of an excerpt from **Robert Half International, Inc.'s 2017 SEC Form 10-K Annual Report**.

3. Attached as **Exhibit 2** is a true and correct copy of the **Notice of Intervention** filed on September 26, 2018 in *Gray ex rel. Appliance Recycling Centers of America, Inc. v. Cameron*, Court File No. 27-cv-15-19456, in the Hennepin County District Court for the State of Minnesota.

4. Attached as **Exhibit 3** is a true and correct copy of the **Objection to Protiviti's Notice of Intervention** filed on October 26, 2018 in *Gray ex rel. Appliance*

1

*Recycling Centers of America, Inc. v. Cameron*, Court File No. 27-cv-15-19456, in the Hennepin County District Court for the State of Minnesota.

5. Attached as **Exhibit 4** is a true and accurate copy of the **Motion to Intervene and the accompanying Memorandum of Law in Support** filed on October 26, 2018 in *Gray ex rel. Appliance Recycling Centers of America, Inc. v. Cameron*, Court File No. 27-cv-15-19456, in the Hennepin County District Court for the State of Minnesota.

6. Attached as **Exhibit 5** is a true and accurate copy of the **Motion to Vacate Judgment or for Amended Findings and the accompanying Memorandum of Law in Support** filed on October 26, 2018 in *Gray ex rel. Appliance Recycling Centers of America, Inc. v. Cameron*, Court File No. 27-cv-15-19456, in the Hennepin County District Court for the State of Minnesota.

7. Attached as **Exhibit 6** is a true and accurate copy of the **Order** entered on October 31, 2018 in *Gray ex rel. Appliance Recycling Centers of America, Inc. v. Cameron*, Court File No. 27-cv-15-19456, in the Hennepin County District Court for the State of Minnesota.

8. Attached as **Exhibit 7** is a true and accurate copy of the **Notice of Appeal** filed on October 29, 2018 in *Gray ex rel. Appliance Recycling Centers of America, Inc. v. Cameron*, Court File No. 27-cv-15-19456, in the Hennepin County District Court for the State of Minnesota.

9. Attached as **Exhibit 8** is a true and accurate copy of the **Order** entered on November 27, 2018 in Appeal No. A18-1752, in the Minnesota Court of Appeals.

I declare under penalty of perjury of the laws of the United States that everything I have stated in this document is true and correct. Executed on December 6, 2018 in Cook County, Illinois.

*/s/ Sara Siegall*

**CERTIFICATE OF SERVICE**

I, Sara Siegall, counsel for Appliance Recycling Centers of America, Inc., hereby certify that on December 6, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to counsel of record.

<em>/s/ Sara Siegall</em>