UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Appliance Recycling Centers of America, Inc., | Case No. 18-cv-2832 (DWF/KMM) |
| Plaintiff, | |
| vs. | |
| Protiviti, Inc., | |
| Defendant. | |

---

**NOTICE OF SUBSTITUTION OF COUNSEL AND CONSENT**

---

PLEASE TAKE NOTICE that DeWitt, Mackall, Crounse & Moore S.C. and Dwight G. Rabuse Esq., have been appointed and substituted as local counsel of record for Appliance Recycling Centers of America, Inc. in the above-entitled action.

DATED: Dec. 12, 2018

DEWITT, MACKALL, CROUNSE & MOORE S.C.

By: _____
Dwight G. Rabuse (#209429)
2100 AT&T Tower
901 Marquette Avenue
Minneapolis, MN 55402
(612) 305-1402
dwight@dewittmcm.com

*Attorneys for
Appliance Recycling Centers of America, Inc.*

{11259463.1}                          1

## **CONSENT**

William G. Carpenter, Esq., and Briol & Benson, PLLC hereby consent to the substitution of the firm of DeWitt, Mackall, Crounse & Moore S.C. and Dwight Rabuse, Esq., as local counsel of record for Appliance Recycling Centers of America, Inc. in the above-entitled action.

DATED  Dec. 12 , 2018         BRIOL & BENSON, PLLC

                              By: _____
                                  William G. Carpenter, (#274598)