UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Appliance Recycling Centers of America, Inc.,

Plaintiff,

v.

Protiviti Inc.,

Defendant.

File No. 18-CV-02832 (JRT/HB)

**DECLARATION OF MIRON MARCOTTE IN SUPPORT OF MOTION TO DISMISS**

---

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

I, Miron Marcotte, declare as follows:

1. I am Managing Director with Defendant Protiviti Inc. and work for the company out of our Minneapolis, Minnesota office. Except where otherwise indicated, I make this declaration based upon my own personal knowledge.

2. Protiviti Inc. has offices throughout the United States, and international offices in countries including Canada, France, Germany, Italy, the Netherlands, the United Kingdom, Australia, China, India, Japan, and Singapore.

3. All of the offices in the United States are offices of Protiviti Inc. The international offices include both offices of Protiviti Inc., and "member firms" which are independent legal entities operating under the Protiviti name.

4. Protiviti Inc. does business and enters into service agreements with companies throughout the United States and the world.

5. Protiviti Inc.'s largest office is located in New York City, New York.

6. Protiviti Inc.'s CEO, Joseph A. Tarantino, is responsible for Protiviti's worldwide operations and works at the New York City office.

**I declare under penalty of perjury of the laws of the United States that everything I have stated in this document is true and correct.**

Executed on December 20th, 2018 in Hennepin County, State of Minnesota.

*[signature]*

4826-4778-9955, v. 2