UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Appliance Recycling Centers of America, Inc., | File No. 18-CV-02832 (JRT/HB) |
| Plaintiff, | |
| v. | **DECLARATION OF JOHN A. KVINGE IN SUPPORT OF MOTION TO DISMISS** |
| Protiviti Inc., | |
| Defendant. | |

---

STATE OF MINNESOTA )
                              ) ss.
COUNTY OF HENNEPIN )

I, John A. Kvinge, declare as follows:

1. I am an attorney with the law firm Larkin Hoffman Daly & Lindgren, Ltd. which represents Defendant Protiviti Inc. in this matter. Except where otherwise indicated, I make this declaration based upon my own personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of the NYS Department of State Division of Corporations Entity Information for Protiviti Inc. printed on December 19, 2018.

3. Attached as **Exhibit B** is a true and correct copy of NYS Department of State Division of Corporations Entity Information for Appliance Recycling Centers of America, Inc. and ARCA Recycling, Inc. printed on December 19, 2018.

4. Attached as **Exhibit C** is a true and correct copy of the Appliance Recycling Centers of America, Inc. Form 10-K filed on June 12, 2018 with the Securities and Exchange Commission.

5. Attached as **Exhibit D** is a true and correct copy of a web page printed on December 20, 2019 from the Appliance Recycling Centers of America, Inc. website, reflecting the states in which Appliance Recycling Centers of America, Inc. or its subsidiary does business, including New York.

**I declare under penalty of perjury of the laws of the United States that everything I have stated in this document is true and correct. Executed on December 20, 2018 in Hennepin County, Minnesota.**

s/ John A. Kvinge<br>John A. Kvinge

4836-0260-3652, v. 1