UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

------------------------------------

| | |
|---|---|
| Appliance Recycling Centers of America, Inc., | File No. 18-CV-02832 (JRT/HB) |
| Plaintiff, | |
| v. | **AMENDED NOTICE OF HEARING ON MOTION TO DISMISS** |
| Protiviti Inc., | |
| Defendant. | |

------------------------------------

TO: Plaintiff Appliance Recycling Centers of America, Inc., by and through its attorney of record, Mark. J. Briol, Scott A. Benson, William G. Carpenter, Briol & Benson, PLLC, 3700 IDS Center, 80 South Eighth Street, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that on March 18, 2019 at 2:00 p.m. at the United States District Court, Courtroom 15, United States Courthouse, 300 South Fourth Street, Minneapolis MN 55415, before the Honorable John R. Tunheim, Chief U.S. District Judge, Defendant Protiviti Inc. will bring a motion to dismiss the Complaint of Plaintiff Appliance Recycling Centers of America, Inc. with prejudice, pursuant to Fed. R. Civ. P. 12(b).

Dated:  January 17, 2019          */s/ Christopher J. Harristhal*
Dayle Nolan (121290)
Christopher J. Harristhal (175754)
John A. Kvinge (0392303)
R. Henry Pfutzenreuter (0391468)
Larkin Hoffman Daly & Lindgren Ltd.
8300 Norman Center Drive, Suite 1000
Minneapolis, Minnesota  55437-1060
(952) 835-3800
dnolan@larkinhoffman.com
charristhal@larkinhoffman.com
jkvinge@larkinhoffman.com
hpfutzenreuter@larkinhoffman.com

*Attorneys for Defendant*

4849-2668-2757, v. 1