UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-------------------------------------------------------------------------------

Appliance Recycling Centers of
America, Inc.,

                    Plaintiff,

      v.

Protiviti Inc.,

                    Defendant.

File No. 18-CV-2832 (JRT/HB)

**JOINT MOTION TO STAY PURSUANT
TO SETTLEMENT**

-------------------------------------------------------------------------------

Plaintiff Appliance Recycling Centers of America, Inc. and Defendant Protiviti, Inc. respectfully request that this matter be stayed for fourteen (14) days to allow the parties an opportunity to formally document their agreement in principle concerning a settlement reached on Wednesday, March 13, 2019. In further support of this motion, the parties state as follows:

1.      This matter is presently set for hearing on defendant's Motion to Dismiss on Monday, March 18, 2019.  (Dkt. 30.)

2.      On Wednesday, March 13, 2019, the parties reached an agreement in principle to resolve this matter, subject to the drafting and execution of a formal settlement agreement.

3.      The parties anticipate finalizing and executing a settlement agreement within the next fourteen (14) days, pursuant to which this matter will be dismissed with prejudice by stipulation of the parties.

4.      Accordingly, the parties respectfully request that this case by stayed for fourteen (14) days.

5.      The requested stay will allow the parties to focus their efforts on settlement and avoid this Court's unnecessary use of additional resources on this matter.

6.     This motion is made in good faith and not for any improper purpose.

WHEREFORE, the parties respectfully request that the oral argument presently scheduled

for Monday, March 18, 2019 be cancelled, and that this matter be stayed for fourteen (14) days.

Respectfully submitted,

Dated: March 13, 2019          /s/ Robert A. Chapman
                               Robert A. Chapman (*admitted Pro Hac Vice*)
                               Sara Siegall (*admitted Pro Hac Vice*)
                               CHAPMAN SPINGOLA, LLP
                               190 South LaSalle Street
                               Suite 3850
                               Chicago, Illinois 60603
                               rchapman@chapmanspingola.com
                               ssiegall@chapmanspingola.com
                               Telephone: (312) 606-8665
                               Facsimile: (312) 630-9233


Dated: March 13, 2019          /s/ Christopher J. Harristhal
                               Dayle Nolan (121290)
                               Christopher J. Harristhal (175754)
                               John A. Kvinge (0392303)
                               R. Henry Pfutzenreuter (0391468)
                               Larkin Hoffman Daly & Lindgren Ltd.
                               8300 Norman Center Drive
                               Suite 1000
                               Minneapolis, Minnesota  55437-1060
                               (952) 835-3800
                               dnolan@larkinhoffman.com
                               charristhal@larkinhoffman.com
                               jkvinge@larkinhoffman.com
                               hpfutzenreuter@larkinhoffman.com

                               Attorneys for Defendant Protiviti Inc.