**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

APPLIANCE RECYCLING CENTERS OF
AMERICA, INC.,

Civil No. 18-2832 (JRT/HB)

                    Plaintiff,

v.

**ORDER OF DISMISSAL**

PROTIVITI, INC.,

                    Defendant.

---

Sara Siegall, **CHAPMAN SPINGOLA, LLP,** 190 South LaSalle Street, Suite 3850, Chicago, IL 60603, for plaintiff.

Dayle Nolan, **LARKIN HOFFMAN DALY & LINDGREN, LTD,** 8300 Norman Center Drive, Suite 1000, Minneapolis, MN 55437-1060, for defendant.

The parties have stipulated to dismissal of this case with prejudice. [Docket No. 36]

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY**

**ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its

own costs, disbursements, and attorney's fees.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 29, 2019
at Minneapolis, Minnesota.

                              _s/John R. Tunheim_____
                              JOHN R. TUNHEIM
                              Chief Judge
                              United States District Court