# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Appliance Recycling Centers of America, Inc., | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number:   18-cv-2832 (JRT/HB) |
| Protiviti, Inc., | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED WITH PREJUDICE**, each party to bear its own costs, disbursements, and attorney's fees.

Date:  March 29 2019

KATE M. FOGARTY, CLERK

s/Jennifer Beck
(By)  Jennifer Beck, Deputy Clerk